COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS


VEE BAR, LTD., FREDDIE JEAN
WHEELER f/k/a FREDDIE JEAN
MOORE, C.O. "PETE" WHEELER, JR.,
AND ROBERT A. WHEELER,


 Appellants,


v.


BP AMOCO CORPORATION f/k/a
AMOCO PRODUCTION COMPANY
f/k/a AMOCO PRODUCTION CO. f/k/a
STANOLIND OIL & GAS
CORPORATION, TRONOX
WORLDWIDE, LLC, SWEPI, LP, SHELL
OIL COMPANY AND M&J ENERGY,
INC.


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 

 

 § 


 § 


 § 


 § 






 No. 08-07-00334-CV


Appeal from the


109th District Court


of Winkler County, Texas


(TC# 15,085)






MEMORANDUM OPINION


 Pending before the Court is the Appellants' motion to withdraw appeal, in which Appellants
request that their notice of appeal be withdrawn without prejudice. It is the Court's opinion that the
motion should be granted. Therefore, we dismiss this appeal without prejudice. See Tex. R. App.
P. 42.1(a)(1).

 KENNETH R. CARR, Justice

January 24, 2008


Before Chew, C.J., McClure, and Carr, JJ.